**David William CONN, Plaintiff–Appellant,**

**v.**

**Kenneth E. STOLLE, Sheriff; Thompson, Captain; Bishop, Sergeant; Apfel, Corporal; Jail Staff; Gleason, Deputy Sheriff; Free, Colonel; Schuster, Chief, Defendants–Appellees.**

No. 11–7099.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 6, 2011.

Decided: Jan. 5, 2012.

David William Conn, Appellant Pro Se.

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David William Conn appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Conn v. Stolle,* Case No. 1:11–cv–00758–CMH–TCB, 2011 WL 3321136 (E.D.Va. Aug. 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*